# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**BRITTANY WRIGHT**                                                                                           **PLAINTIFF**

**VS.**                                           **NO. 4:19CV00803 JM**

**CARTI**                                                                                            **DEFENDANT**

## JUDGMENT

Pursuant to the order entered this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE